UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATLANTIC INERTIAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CONDOR PACIFIC INDUSTRIES OF CALIFORNIA, INC., and SIDNEY I. MELTZNER, <br><br> Defendants. | Case No.  2:08-cv-02947-JHN-PJWx <br><br> **JUDGMENT** |

1

Judgment

1 | Pursuant to the jury's March 4, 2011 special verdict in favor of defendants
2 | Condor Pacific Industries of California, Inc., and Sidney I. Meltzner (*see* Docs. 300 and
3 | 302), and the Court's August 25, 2011 order denying plaintiff Atlantic Inertial Systems,
4 | Inc's motion for "final adjudication," *etc.* in its entirety (*see* Doc. 345) it is ordered that
5 | plaintiff recover nothing, that the action be dismissed on the merits, and that defendants
6 | recover costs from plaintiff.

11 | Dated: September 16, 2011

_____
The Hon. Jacqueline H. Nguyen
Judge of the United States District Court

**Error! No text of specified style in document.**