UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-02947-CAS(PJWx) | Date | March 4, 2014 |
|---|---|---|---|
| Title | ATLANTIC INERTIAL SYSTEMS INC. V. CONDOR PACIFIC INDUSTRIES OF CALIFORNIA, INC. ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

Proceedings:   **(In chambers:)** REQUEST FOR ORDER FOR CONFIRMATION OF BIFURCATION RULING AT STATUS CONFERENCE (dkt. 379, filed February 28, 2014)

    On February 3, 2014, the Court filed and spread the Ninth Circuit's mandate in this case. The Court ordered counsel to meet and confer regarding the filing of simultaneous opening and reply briefs on the royalty issue. Dkt. 378. Subsequently, on February 28, 2014, defendant Condor Pacific Industries of California, Inc. filed a "Request for Order for Confirmation of Bifurcation Ruling," seeking an order confirming its understanding of the outcome of the February 3, 2014 conference. Dkt. 379. Plaintiff Atlantic Inertial Systems, Inc. filed its opposition on March 3, 2014, dkt. 379, and defendant replied on March 4, 2014, dkt. 381. After reviewing the parties' arguments, defendant's request is hereby DENIED.

    IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |