DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC INERTIAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONDOR PACIFIC INDUSTRIES OF CALIFORNIA, INC., and SIDNEY I. MELTZNER, <br><br> Defendant. | Case No. CV 08-02947 CAS (PJWx) <br><br> **[PROPOSED]** **JUDGMENT** |

Pursuant to the Court's June 18, 2015 order, awarding the plaintiff a royalty of $125,000, it is ordered that the plaintiff recover $125,000.  Each side shall bear its own attorneys fees and costs.

*/s/ Christina A. Snyder*

Dated: August 19, 2015

The Hon. Christina A. Snyder
Judge of the United States District Court

84817183\V-1